# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>vs.<br><br>TOBIN R. SCHANEMAN<br><br>Defendant. | CASE NO.  4:23CR3042<br><br><br>WAIVER OF PERSONAL APPEARANCE AT ARRAIGNMENT AND ORDER |

Pursuant to Federal Rule of Criminal Procedure 10(b), the defendant hereby waives personal appearance at the arraignment on the charge[s] currently pending against the defendant in this court.

(1)	The defendant affirms receiving a copy of the indictment;

(2)	The defendant understands the right to appear personally before the Court for an arraignment on the charge[s], and voluntarily waives that right; and

(3)	The defendant pleads not guilty to all counts of the indictment.

_Tobin Schaneman_  Signed by: _[signature]_
Defendant                With Defendant's consent

___Apr 26, 2023_____
Date

_____[signature]_____
Attorney for Defendant

___Apr 26, 2023_____
Date

## ORDER

**IT IS ORDERED** that Defendant's waiver is hereby accepted, and Defendant's not guilty plea to all counts is entered on record with the Clerk of Court.

DATED this _26th_ day of __April_____, 20_23_.

BY THE COURT:

_[signature]_____
MAGISTRATE JUDGE
UNITED STATES DISTRICT COURT