IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TOBIN R. SCHANEMAN,<br><br>　　　　　　Defendant. | 4:23-CR-3042<br><br>ORDER |

This matter is before the Court on the plaintiff's motion to dismiss (filing 40). Pursuant to Fed. R. Crim. P. 48(a), leave of court is granted for dismissal of the indictment, without prejudice, as it relates to the above-captioned defendant.

IT IS ORDERED:

1. The plaintiff's motion to dismiss (filing 40) is granted.

2. The indictment is dismissed without prejudice as to defendant Tobin R. Schaneman.

Dated this 16th day of November, 2023.

BY THE COURT:

_John M. Gerrard_
John M. Gerrard
Senior United States District Judge